Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| ALICIA MARIE GARNETT | Case No. 2:19-05224-PS |
| Debtor(s) | TRUSTEE'S MOTION TO DISMISS |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan. Plan payments are 2+ months delinquent and no showing has been made of any just cause for the default.

Total delinquency as of this date: $11,809.85

The next scheduled payment is due: 01/30/2021

**Debtors is required to pay no less than $16,499.95 by 02/19/2021 to avoid dismissal of this case.**

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by 02/19/2021.
2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.
3. The debtor(s) file an Amended or Modified Plan including a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

Dated: See Electronic Signature

EDWARD J. MANEY
CHAPTER 13 TRUSTEE

By:_____
Edward J. Maney ABN 12256
Chapter 13 Trustee
101 North First Avenue, Suite 1775
Phoenix, AZ 85003
(602) 277-3776
ejm@maney13trustee.com

| | |
|---|---|
| 1 | CERTIFICATE OF MAILING FOR CASE NO. 2:19-05224-PS |
| 2 | |
| | Copies of the foregoing mailed (see electronic signature below) to the following: |
| 3 | |
| 4 | Attorney for Debtor (s): |
| 5 | Haines Meyer<br>1425 W. Elliot Road |
| 6 | Suite #105<br>Gilbert, AZ 85233- |
| 7 | |
| 8 | Debtor (s):<br>ALICIA MARIE GARNETT |
| 9 | 3099 E MAHOGANY PL<br>CHANDLER, AZ. 85249 |
| 10 | |
| 11 | , |

By:_____
   Trustee's Clerk